**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Catholic Faith Store, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Heartland Store |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-1258716 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 8344 Alden Street<br>Lenexa, KS 66215<br>Number, Street, City, State & ZIP Code | 15621 West 87th Street Parkway<br>Suite 276<br>Lenexa, KS 66219<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Johnson<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.catholicfaithstore.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     5999

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Catholic Faith Store, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

| Debtor | Catholic Faith Store, LLC | | Case number (*if known*) | |
|--------|---------------------------|---|---------------------------|---|
| | Name | | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

| Debtor | Catholic Faith Store, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 19, 2025
               MM / DD / YYYY

**X** /s/ Richard King                      Richard King
Signature of authorized representative of debtor      Printed name

Title    Managing Partner

**18. Signature of attorney**

**X** /s/ Colin Gotham                  Date   March 19, 2025
Signature of attorney for debtor                  MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone   (913) 962-8700      Email address   cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Case 25-20342 Doc# 1 SEALED Filed 03/24/25 Page 85 of 86

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Catholic Faith Store, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Umpqua Bank 445 SE Main Street Roseburg, OR 97470 | | Blanket Lien (First Position) | | $1,077,440.32 | $20,620.00 | $1,056,820.32 |
| Heartland Stores, Inc. 101 Rosyn Hills Drive Holly Springs, NC 27450 | | Blanket Lien (Second Position) | | $500,000.00 | $0.00 | $500,000.00 |
| Capital One Attn: General Correspondence PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit Card Purchases Used for Business | | | | $58,000.00 |
| Capital One Attn: General Correspondence PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit Card Purchases Used for Business | | | | $48,000.00 |
| Quickbooks Capital 2700 Coast Avenue Mountain View, CA 94043 | | Loan | | | | $40,994.66 |
| John Robert Shipley 21000 WEst 105th Street Olathe, KS 66061 | | Loan for Website Migration | | | | $30,000.00 |
| Chase - Southwest JPMorgan Chase Bank, NA 1111 Polaris Parkway Columbus, OH 43240 | | Credit Card Purchases Used for Business | | | | $22,000.00 |
| AMEX Blue American Express National Bank 115 West Towne Ridge Parkway Sandy, UT 84070 | | Credit Card Purchases Used for Business | | | | $16,300.00 |

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase - Marriott JPMorgan Chase Bank, NA 1111 Polaris Parkway Columbus, OH 43240 | | Credit Card Purchases Used for Business | | | | $16,000.00 |
| Bank of America, NA 100 North Tyron Street Charlotte, NC 28202 | | Credit Card Purchases Used for Business | | | | $11,500.00 |
| PayPal Capital 2211 North 1st Street San Jose, CA 95131 | | Loan | | | | $8,400.00 |
| Bank of America, NA 100 North Tyron Street Charlotte, NC 28202 | | Credit Card Purchases Used for Business | | | | $6,000.00 |
| AMEX Delta American Express National Bank 115 West Towne Ridge Parkway Sandy, UT 84070 | | Credit Card Purchases Used for Business | | | | $2,800.00 |
| AMEX King Chiro American Express National Bank 115 West Towne Ridge Parkway Sandy, UT 84070 | | Credit Card Purchases Used for Business | | | | $2,600.00 |
| MAG Growth, LLC % Atradius Collections 3500 Lacy Road Suite 250 Downers Grove, IL 60515 | | Business debt | | | | $2,500.00 |

**Fill in this information to identify the case:**

Debtor name    Catholic Faith Store, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Bank of America | Checking | 0197 | $2,000.00 |
| 3.2.   Bank of America | Checking | 8854 | $100.00 |
| 3.3.   Bank of America | Savings | 0207 | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $2,200.00 |

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Debtor | Catholic Faith Store, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:

| 2,000.00 | - | 0.00 | = .... | $2,000.00 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,000.00

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory | | $0.00 | Liquidation | $10,000.00 |
| 22. **Other inventory or supplies** 300 Shipping Boxes, Packing Tape, Tape Gun, Pens, Markers, Scissors, Stickers, Needle nose Pliers, Plastic Inventory Bags, Shipping Labels, & Mailing Labels | | $0.00 | Liquidation | $50.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$10,050.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

| Debtor | Catholic Faith Store, LLC | Case number *(If known)* | |
|--------|---------------------------|---------------------------|---|
| | Name | | |

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|--------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. | **Office furniture** <br> L-shaped Desk, 4 Wood Folding Tables, Small Desk, 3 Office Chairs, 2 Wood file Cabinets, 2 Shipping Table, Dress Rack, 2 Rolling Cart, 5 Shelves, 2 White Folding Tables, & White Plastic Shelf | $0.00 | Liquidation | $145.00 |
| 40. | **Office fixtures** <br> Jewelry Cabinets & Hanging Hooks | $0.00 | Liquidation | $50.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> 2016 Dell Computer, 2020 Dell Computer, 2018 Dell Computer, Laser Printer - 2016, Dell Monitor, Voip Phone | $0.00 | Liquidation | $230.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
         Add lines 39 through 42.  Copy the total to line 86.

| | $425.00 |
|---|---------|

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Debtor    Catholic Faith Store, LLC          Case number *(If known)*
          Name

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2020 Honda Odyssey<br>Vehicle is Titled in the Names or Richard &<br>Caroline King | $0.00 | Liquidation | $10,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Shredder, Steamer, Circle Light, Shipping Scale,<br>Dymo Printer, Stamps Scale, P touch printer | $0.00 | Liquidation | $45.00 |

**51.**  **Total of Part 8.**                                           | $10,045.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets**<br>Heartland Store Mark (used for Brand Registered<br>Amazon Store) | $0.00 | | $0.00 |
| **61.** **Internet domain names and websites** | | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4

Debtor     Catholic Faith Store, LLC                              Case number *(If known)*
           Name

         CatholicFaithStore.com
         CatholicFaithJewelry.com
         CatholicFaithStatues.com
         Heartland-Store.com
         RegisterMyJewelry.com
         usa-made-jewelry.com
         usa-made-store.com                          $0.00                              $0.00

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       List of Customers, includes addresses, phone
       numbers, and email addresses                  $0.00                              $0.00

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       Goodwill                                       $0.00        N/A                   $0.00

66.    **Total of Part 10.**                                                   | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor __Catholic Faith Store, LLC__                Case number *(If known)* _____
      Name

| **Part 12:** | **Summary** |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,050.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $425.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,045.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,720.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,720.00 |

Case 25-20342 Doc# 1 Filed 03/24/25 Page 13 of 86

| Fill in this information to identify the case: |
| --- |

Debtor name    Catholic Faith Store, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

---

**2.1**  Heartland Stores, Inc.
Creditor's Name

101 Rosyn Hills Drive
Holly Springs, NC 27450
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
9/30/2020
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Blanket Lien (Second Position)

**Describe the lien**
UCC - Blanket Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $500,000.00    Column B: $0.00

---

**2.2**  Umpqua Bank
Creditor's Name

445 SE Main Street
Roseburg, OR 97470
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
9/18/2020
**Last 4 digits of account number**
4069

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Blanket Lien (First Position)

**Describe the lien**
UCC Blanket Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $1,077,440.32    Column B: $20,620.00

---

Case 25-20342 Doc# 1 SEALED Filed 03/24/25 Page 14 of 86

| | |
|---|---|
| Debtor | Catholic Faith Store, LLC |
| | Name |

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,577,440.32

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line 2.2 | |
| Umpqua Bank<br>7777 Alvarado Road<br>Suite 501<br>La Mesa, CA 91942 | Line 2.2 | |
| US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line 2.2 | |
| US Small Business Admin.<br>District Counsel<br>10675 Bedford Avenue, Suite 100<br>Omaha, NE 68127 | Line 2.2 | |
| US Small Business Administration<br>District Counsel<br>220 W Douglas Avenue<br>Suite 450<br>Wichita, KS 67202 | Line 2.2 | |

**Fill in this information to identify the case:**

Debtor name  Catholic Faith Store, LLC

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ■ No. Go to Part 2.

  ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Amazon Capital Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Released Lien<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>AMEX Blue<br>American Express National Bank<br>115 West Towne Ridge Parkway<br>Sandy, UT 84070<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Card Purchases Used for Business<br><br>Is the claim subject to offset? ■ No ☐ Yes | $16,300.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>AMEX Delta<br>American Express National Bank<br>115 West Towne Ridge Parkway<br>Sandy, UT 84070<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Card Purchases Used for Business<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,800.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>AMEX King Chiro<br>American Express National Bank<br>115 West Towne Ridge Parkway<br>Sandy, UT 84070<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit Card Purchases Used for Business<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,600.00 |

| Debtor | Catholic Faith Store, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Bank of America, NA<br>100 North Tyron Street<br>Charlotte, NC 28102 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,000.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _0435_ | **Basis for the claim:** _Credit Card Purchases Used for Business_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Bank of America, NA<br>100 North Tyron Street<br>Charlotte, NC 28102 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,500.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _3193_ | **Basis for the claim:** _Credit Card Purchases Used for Business_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address**<br>Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,000.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit Card Purchases Used for Business_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address**<br>Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,000.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit Card Purchases Used for Business_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address**<br>Chase - Marriott<br>JPMorgan Chase Bank, NA<br>1111 Polaris Parkway<br>Columbus, OH 43240 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,000.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit Card Purchases Used for Business_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address**<br>Chase - Southwest<br>JPMorgan Chase Bank, NA<br>1111 Polaris Parkway<br>Columbus, OH 43240 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,000.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit Card Purchases Used for Business_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address**<br>John Robert Shipley<br>21000 WEst 105th Street<br>Olathe, KS 66061 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,000.00 |
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** _Loan for Website Migration_ <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 25-20342 Doc# 1 SEALED Filed 03/24/25 Page 17 of 86

| Debtor | Catholic Faith Store, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500.00 |
|---|---|---|---|
| | MAG Growth, LLC<br>% Atradius Collections<br>3500 Lacy Road<br>Suite 250<br>Downers Grove, IL 60515 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Business debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,400.00 |
|---|---|---|---|
| | PayPal Capital<br>2211 North 1st Street<br>San Jose, CA 95131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,994.66 |
|---|---|---|---|
| | Quickbooks Capital<br>2700 Coast Avenue<br>Mountain View, CA 94043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express Company<br>200 Vesey Street<br>New York, NY 10285-3106 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | American Express Company<br>200 Vesey Street<br>New York, NY 10285-3106 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.3 | American Express Company<br>200 Vesey Street<br>New York, NY 10285-3106 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | Line 3.5<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118 | Line 3.6<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Chase Bank<br>ATTN: Bankruptcy Mail Intake<br>700 Kansas Lane, Floor 1<br>Monroe, LA 71203 | Line 3.10<br>☐ Not listed. Explain ____ | _ |

Case 25-20342 Doc# SEALED Filed 03/24/25 Page 18 of 86

| Debtor | Catholic Faith Store, LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | Chase Bank<br>ATTN: Bankruptcy Mail Intake<br>700 Kansas Lane, Floor 1<br>Monroe, LA 71203 | Line  3.9 <br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Portfolio Recovery Assoc LLC<br>Bankruptcy Notices<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Line  3.7 <br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 265,094.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 265,094.66 |

| Fill in this information to identify the case: |
|---|

Debtor name    Catholic Faith Store, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Software and Services Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Lowe Holdings, Inc.<br>dba Strategic Advantage<br>120 Farrington Drive, Apt 1<br>Raleigh, NC 27615 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Month to Month Web Development and Maintenance<br><br>State the term remaining<br><br>List the contract number of any government contract | Taisti Consulting<br>1790 Helenee Drive<br>Brookfield, WI 53045 |

**Fill in this information to identify the case:**

Debtor name: Catholic Faith Store, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Caroline King | 8344 Alden Street Lenexa, KS 66215-4212 | Umpqua Bank | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Caroline King | 8344 Alden Street Lenexa, KS 66215-4212 | Heartland Stores, Inc. | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Caroline King | 8344 Alden Street Lenexa, KS 66215-4212 | AMEX Blue | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |
| 2.4 | Caroline King | 8344 Alden Street Lenexa, KS 66215-4212 | Bank of America, NA | ☐ D _____ ■ E/F ___3.5___ ☐ G _____ |
| 2.5 | Caroline King | 8344 Alden Street Lenexa, KS 66215-4212 | Bank of America, NA | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Caroline King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Capital One | ☐ D _____<br>■ E/F  3.7<br>☐ G _____ |
| 2.7 | Caroline King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Chase - Southwest | ☐ D _____<br>■ E/F  3.10<br>☐ G _____ |
| 2.8 | Caroline King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | PayPal Capital | ☐ D _____<br>■ E/F  3.13<br>☐ G _____ |
| 2.9 | Caroline King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Quickbooks Capital | ☐ D _____<br>■ E/F  3.14<br>☐ G _____ |
| 2.10 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Umpqua Bank | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Heartland Stores, Inc. | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | AMEX Blue | ☐ D _____<br>■ E/F  3.2<br>☐ G _____ |
| 2.13 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | AMEX Delta | ☐ D _____<br>■ E/F  3.3<br>☐ G _____ |

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | AMEX King Chiro | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.15 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Capital One | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.16 | Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Chase - Marriott | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Catholic Faith Store, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF KANSAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................................  $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................................  $     24,720.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................................  $     24,720.00

### Part 2:  Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $   1,577,440.32

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $         0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$   265,094.66

4.  Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                           $   1,842,534.98

**Fill in this information to identify the case:**

Debtor name      Catholic Faith Store, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 19, 2025          X /s/ Richard King
                                        Signature of individual signing on behalf of debtor

                                        Richard King
                                        Printed name

                                        Managing Partner
                                        Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

IN RE:                                      )
                                            )
CATHOLIC FAITH STORE, LLC,                  )      Case No. 25-2
                                            )      Chapter 11
                    Debtor.                 )

## DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY AND NOTICE OF COMPLIANCE WITH FED. R. BANKR. P. 7007.1 AND LOCAL RULE 1007-1

Comes now the Debtor, Catholic Faith Store, LLC, and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Fed. R. Bankr. P. 7007.1 and Local Rule 1007-1:

1. A Corporate Resolution Statement is attached hereto.

2. A Balance Sheet is attached hereto.

3. A Statement of Operations has not been prepared.

4. The Cash Flow Statement is attached hereto in the form of the Debtor's Profit and Loss Statement.

5. The 2024 Federal Income Tax Returns are attached hereto.

Catholic Faith Store, LLC

By: Richard King
Managing Partner

**RESOLUTIONS BY
THE MEMBERS/SHAREHOLDERS OF
CATHOLIC FAITH STORE, LLC**

At a meeting of all the Members/Shareholders of Catholic Faith Store, LLC, duly held at the office of the said Company/Corporation on March 19, 2025, the following Resolutions were adopted.

RESOLVED: that Catholic Faith Store, LLC will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys Catholic Faith Store, LLC in this bankruptcy proceeding; and

RESOLVED: that Richard King, Managing Partner of Catholic Faith Store, LLC, is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of Catholic Faith Store, LLC, to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Richard King
Managing Partner

STATE OF KANSAS )
) ss:
COUNTY OF JOHNSON )

Richard King, being duly sworn, says that he/she is the Managing Partner of Catholic Faith Store, LLC, a corporation/company of the State of Kansas, authorized to do business in the State of Kansas and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on this 19th day of March 2025.

By: Richard King
Managing Partner
Catholic Faith Store, LLC

Subscribed and sworn to before me this 19th day of March 2025.

SHELBI HINDS
My Appt. Exp 1|5|25
STATE OF KANSAS

Notary Public

4922-6507-9596, v. 1

# Catholic Faith Store, LLC

### Balance Sheet

As of March 18, 2025

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BOA 8554 | 10,296.51 |
| BOA Sav - 0207 | 59.28 |
| Caroline King - PayPal - 5 | -12,270.49 |
| INCOME BOA Chk - 0197 | 1,382.57 |
| Paypal | -103.11 |
| **Total Bank Accounts** | **$ -635.24** |
| Other Current Assets | |
| Inventory | 13,614.39 |
| Loan To King Chiropractic | 0.00 |
| **Total Other Current Assets** | **$13,614.39** |
| **Total Current Assets** | **$12,979.15** |
| Fixed Assets | |
| Accum Depreciation | -49,297.00 |
| Office equipment | 20,076.72 |
| Vehicle | 41,148.20 |
| **Total Fixed Assets** | **$11,927.92** |
| Other Assets | |
| Goodwill | 1,863,962.54 |
| Accum Amort - Goodwill | -403,858.00 |
| **Total Goodwill** | **1,460,104.54** |
| Loan fees | 45,900.00 |
| Accum Amort - Loan Fees | -14,918.00 |
| **Total Loan fees** | **30,982.00** |
| Non-compete agreement | 100,000.00 |
| Accum Amort - Non-compete | -21,668.00 |
| **Total Non-compete agreement** | **78,332.00** |
| Start Up Costs | 213,412.78 |
| Accum Amort | -46,241.00 |
| **Total Start Up Costs** | **167,171.78** |
| **Total Other Assets** | **$1,736,590.32** |
| **TOTAL ASSETS** | **$1,761,497.39** |

# Catholic Faith Store, LLC

## Balance Sheet

As of March 18, 2025

|  | TOTAL |
|---|---|
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Credit Cards |  |
| AMEX - 41009 | 16,573.41 |
| AMEX - 71004 & 72002 | 2,233.18 |
| BBVA - 3281 | 0.00 |
| BOA CC - 0037 | 5,261.80 |
| BOA CC - 2821 | 9,898.86 |
| BOA CC - 3193 | 0.00 |
| BOA CC - 4529 | 0.00 |
| **Total BOA CC - 2821** | **9,898.86** |
| Cap One - 1422 | 47,627.36 |
| Cap One - 7506 | 53,490.70 |
| Marriott Chase - 4343 | 14,871.56 |
| SW Chase - 5847 | 20,357.21 |
| **Total Credit Cards** | **$170,314.08** |
| Other Current Liabilities |  |
| AMEX LOC | 0.00 |
| Paypal Working Capital Loan | 4,737.31 |
| Payroll Liabilities |  |
| Federal payroll taxes | 0.00 |
| Federal Unemployment (940) | 0.00 |
| KS Unemployment Tax | 0.00 |
| State payroll taxes | 0.00 |
| **Total Payroll Liabilities** | **0.00** |
| QB Capital Loan | 28,503.74 |
| Stripe Working Capital NP | 3,998.67 |
| **Total Other Current Liabilities** | **$37,239.72** |
| **Total Current Liabilities** | **$207,553.80** |
| Long-Term Liabilities |  |
| N/P - 2020 Honda | 8,183.95 |
| NP Bob | 30,000.00 |
| SBA Note - Umpqua 4069 | 1,077,440.32 |
| Seller note A | 300,000.00 |
| Seller note B | 200,000.00 |
| **Total Long-Term Liabilities** | **$1,615,624.27** |
| **Total Liabilities** | **$1,823,178.07** |

# Catholic Faith Store, LLC

## Balance Sheet

As of March 18, 2025

|  | TOTAL |
|---|---|
| Equity |  |
| CFS Investor Distributions | -83,050.00 |
| CFS Side Car LLC | 250,000.00 |
| Equity - King | 0.00 |
| Equity - Shipley | 0.00 |
| Opening Balance Equity | 500.00 |
| Owner's Pay & Personal Expenses | -166,829.25 |
| PY Net income | 0.00 |
| Retained Earnings | -69,628.82 |
| Net Income | 7,327.39 |
| **Total Equity** | **$ -61,680.68** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,761,497.39** |

# Catholic Faith Store, LLC

## Profit and Loss

### January - December 2024

|  | TOTAL |
|---|---|
| **Income** |  |
| Sales | 88,189.95 |
| Product Sales | 642,773.28 |
| Returns and allowances | 47.00 |
| Sales Tax | -18,248.90 |
| **Total Sales** | **712,761.33** |
| Service/Fee Income | 29.23 |
| Uncategorized Income | 6,860.12 |
| **Total Income** | **$719,650.68** |
| **Cost of Goods Sold** |  |
| Cost of Goods Sold |  |
| Merchandise | 426,124.14 |
| Merchant account fees | 2,585.08 |
| **Total Cost of Goods Sold** | **428,709.22** |
| **Total Cost of Goods Sold** | **$428,709.22** |
| **GROSS PROFIT** | **$290,941.46** |
| **Expenses** |  |
| Advertising & Marketing | 25,284.76 |
| Ask My Accountant | 2,754.05 |
| Auto Insurance | 3,637.41 |
| Bank Charges & Fees | 4,817.68 |
| Charitable Contributions | 776.45 |
| Consulting Fees | 11,092.72 |
| Contractors | 168.00 |
| Dues and Subscriptions | 2,658.00 |
| Fuel | 1,240.88 |
| Health Insurance | 16,114.09 |
| Insurance | 6,538.02 |
| Interest Paid | 106,818.51 |
| Legal & Professional Services | 12,629.00 |
| Meals & Entertainment | 1,199.38 |
| Office Supplies & Software | 15,150.46 |
| Payroll Expenses | 4,223.30 |
| Employer payroll taxes | 10,002.66 |
| Salaries and wages | 49,390.17 |
| **Total Payroll Expenses** | **63,616.13** |
| Professional Training | 1,568.00 |
| Refund for Goods sold | 1,038.79 |
| Repairs & Maintenance | 3,114.80 |
| Shipping, Freight & Delivery | 20,353.84 |
| Taxes & Licenses | 176.00 |

# Catholic Faith Store, LLC

## Profit and Loss

January - December 2024

| | TOTAL |
|---|---|
| Telephone/Internet | 4,009.82 |
| Travel | 7,210.12 |
| Uncategorized Expense | 758.88 |
| Utilities | 3,862.71 |
| **Total Expenses** | **$316,588.50** |
| NET OPERATING INCOME | $ -25,647.04 |
| Other Income | |
| Cash Rewards Statement Credit | 4,552.36 |
| Other Income | 182.83 |
| **Total Other Income** | **$4,735.19** |
| Other Expenses | |
| Transaction-related costs | 10.68 |
| **Total Other Expenses** | **$10.68** |
| NET OTHER INCOME | $4,724.51 |
| NET INCOME | $ -20,922.53 |

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | For calendar year 2024, or tax year beginning _____ , _____ , ending _____ . _____<br>Go to www.irs.gov/Form1065 for instructions and the latest information. | | **2024** |

| **A** Principal business activity | Name of partnership | **D** Employer identification number |
|---|---|---|
| RETAIL SALES | CATHOLIC FAITH STORE, LLC | **\*\*-\*\*\*8716** |
| **B** Principal product or service | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| RELIGIOUS ARTICLES | 15621 W 87TH STREET PKWY, SUITE 276 | 09/18/2020 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instr.) |
| 459990 | LENEXA                                          KS 66219 | $ 1,613,588. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify)

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **3**

**J** Check if Schedules C and M-3 are attached ........................................................................... ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| **1a** Gross receipts or sales | 719,650. | **b** Less returns and allowances | **c** Balance | **1c** | 719,650. |
| **2** | Cost of goods sold (attach Form 1125-A) | | | **2** | 451,053. |
| **3** | Gross profit. Subtract line 2 from line 1c | | | **3** | 268,597. |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **6** | |
| **7** | Other income (loss) (attach statement) | SEE STATEMENT 1 | | **7** | 4,735. |
| **8** | **Total income (loss).** Combine lines 3 through 7 | | | **8** | 273,332. |

### Deductions (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | | **9** | 54,166. |
| **10** | Guaranteed payments to partners | | **10** | 16,114. |
| **11** | Repairs and maintenance | | **11** | 3,115. |
| **12** | Bad debts | | **12** | |
| **13** | Rent | | **13** | |
| **14** | Taxes and licenses | SEE STATEMENT 2 | **14** | 5,133. |
| **15** | Interest (see instructions) | | **15** | 106,819. |
| **16a** | Depreciation (if required, attach Form 4562) | **16a** 4,740. | | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | 4,740. |
| **17** | Depletion **(Do not deduct oil and gas depletion.)** | | **17** | |
| **18** | Retirement plans, etc. | | **18** | |
| **19** | Employee benefit programs | | **19** | |
| **20** | Energy efficient commercial buildings deduction (attach Form 7205) | | **20** | |
| **21** | Other deductions (attach statement) | SEE STATEMENT 3 | **21** | 254,651. |
| **22** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | **22** | 444,738. |
| **23** | **Ordinary business income (loss).** Subtract line 22 from line 8 | | **23** | -171,406. |

### Tax and Payment

| | | | |
|---|---|---|---|
| **24** | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **24** | |
| **25** | Interest due under the look-back method-income forecast method (attach Form 8866) | **25** | |
| **26** | BBA AAR imputed underpayment (see instructions) | **26** | |
| **27** | Other taxes (see instructions) | **27** | |
| **28** | **Total balance due.** Add lines 24 through 27 | **28** | |
| **29** | Elective payment election amount from Form 3800 | **29** | |
| **30** | Payment (see instructions) | **30** | |
| **31** | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | **31** | |
| **32** | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | **32** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| MEREDITH N DICKINSON | | | | P00570471 |
| Firm's name ▶ THE RETIREMENT PLANNING GROUP, LLC | | | Firm's EIN ▶ **\*\*-\*\*\*3660** | |
| Firm's address ▶ 11460 TOMAHAWK CREEK PKWY, SUITE 400 | | | | |
| LEAWOOD, KS 66211 | | | Phone no. (913) 906-9898 | |

For Paperwork Reduction Act Notice, see separate instructions.          LHA     411001   12-06-24          Form **1065** (2024)

Form 1065 (2024)   CATHOLIC FAITH STORE, LLC                          **-***8716   Page **2**

| | Schedule B | Other Information | | | |
|---|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| a | ☐ Domestic general partnership   **b** ☒ Domestic limited partnership | | | |
| c | ☐ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | | |
| e | ☐ Foreign partnership   **f** ☐ Other | | | |
| 2 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| 3 | At the end of the tax year, did the partnership: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| (i) Name of corporation | (ii) Employer identification number (if any) | (iii) Country of Incorporation | (iv) Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of entity | (ii) Employer identification number (if any) | (iii) Type of entity | (iv) Country of organization | (v) Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 4 | Does the partnership satisfy **all four** of the following conditions? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| 5 | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | | X |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| 8 | At any time during calendar year 2024, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | | X |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | | X |
| 10 a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. See instructions for details regarding a section 754 election | | | X |
| b | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ (_____) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | | X |

411011 12-06-24

Case 25-20240c# Doc SEALED Filed 03/04/25 Page 34 of 86

Form **1065** (2024)

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

**c** For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total
aggregate net positive amount  $ _____ and the total aggregate net negative amount  $ ( _____ )
of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach
a statement showing the computation and allocation of each basis adjustment. See instructions ........................................... | | X

**d** For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b)
because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under
section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b)
adjustments for all partners and/or partnership property made in the tax year  $ _____ . The partnership must
also attach a statement showing the computation and allocation of the basis adjustment. See instructions ........................ | | X

**11** Check this box if, during the current or prior tax year, the partnership distributed any property received in a
like-kind exchange or contributed such property to another entity (other than disregarded entities wholly
owned by the partnership throughout the tax year) ........................................................................................ ☐

**12** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other
undivided interest in partnership property? ................................................................................................... | | X

**13** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign
Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See
instructions _____

**14** Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's
Information Statement of Section 1446 Withholding Tax, filed for this partnership ............................. | | X

**15** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached
to this return _____

**16 a** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions ............................... | X |
**b** If "Yes," did you or will you file required Form(s) 1099? ................................................................................... | X |

**17** Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign
Corporations, attached to this return _____

**18** Enter the number of partners that are foreign governments under section 892 _____

**19** During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042
and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ........................... | | X

**20** Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions
for Form 8938 ................................................................................................................................. | | X

**21** Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? ........................... | | X

**22** During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are
not allowed a deduction under section 267A? See instructions ...................................................................... | | X
If "Yes," enter the total amount of the disallowed deductions ................................. $

**23** Did the partnership have an election under section 163(j) for any real property trade or business or any farming
business in effect during the tax year? See instructions .................................................................................. | | X

**24** Does the partnership satisfy one or more of the following? See instructions .................................................... | | X
**a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense.
**b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
preceding the current tax year are more than $30 million and the partnership has business interest expense.
**c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense.
If "Yes" to any, complete and attach Form 8990.

**25** Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ............................................ | | X
If "Yes," enter the amount from Form 8996, line 15 ................................................. $

**26** Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an
interest in the partnership or of receiving a distribution from the partnership ............................. _____
Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution.

**27** At any time during the tax year, were there any transfers between the partnership and its partners subject to the
disclosure requirements of Regulations section 1.707-8? .............................................................................. | | X

**28** Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties
constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for
purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of
the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions.
Percentage: _____ By vote _____ By value | | X

**29** Is the partnership required to file Form 7208 Excise Tax on Repurchase of Corporate Stock (see instructions):
**a** Under the applicable foreign corporation rules? ......................................................................................... | | X

411021  12-06-24                                                                                                Form **1065** (2024)

DRAFT COPY

| Schedule B | Other Information *(continued)* | | Yes | No |
|---|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? | | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, See the Instructions for Form 7208. | | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions | | | X |
| **31** | Reserved for future use | | | |
| **32** | Check this box if an election out of subchapter K under section 761 is being made. See instructions | | | |
| **33** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR    RICHARD M KING

| U.S. address of PR | 8344 ALDEN STREET | U.S. phone number of PR | |
|---|---|---|---|
| | LENEXA, KS    66216 | | 913-948-0072 |

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

Form **1065** (2024)

411041 12-06-24

CLIENT COPY


Form 1065 (2024)  CATHOLIC FAITH STORE, LLC                     **-***8716  Page **5**

## Schedule K — Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 23) | **1** | -171,406. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | 3a | Other gross rental income (loss) …… **3a** | | |
| | b | Expenses from other rental activities (attach statement) …… **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | 4 | Guaranteed payments: **a** Services **4a** 16,114. **b** Capital **4b** | | |
| | c | Total. Add lines 4a and 4b | **4c** | 16,114. |
| | 5 | Interest income | **5** | |
| | 6 | Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | 7 | Royalties | **7** | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | b | Collectibles (28%) gain (loss) **9b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | 11 | Other income (loss) (see instructions) Type: | **11** | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | **12** | |
| | 13a | Cash contributions                SEE STATEMENT 4 | **13a** | 776. |
| | b | Noncash contributions | **13b** | |
| | c | Investment interest expense | **13c** | |
| | d | Section 59(e)(2) expenditures: **(1)** Type: **(2)** Amount | **13d(2)** | |
| | e | Other deductions (see instructions) Type: | **13e** | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | **14a** | -122,725. |
| | b | Gross farming or fishing income | **14b** | |
| | c | Gross nonfarm income | **14c** | 221,399. |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | b | Low-income housing credit (other) | **15b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | d | Other rental real estate credits (see instructions) Type: | **15d** | |
| | e | Other rental credits (see instructions) Type: | **15e** | |
| | f | Other credits (see instructions) Type: | **15f** | |
| **Inter-national** | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | **17a** | -1,120. |
| | b | Adjusted gain or loss | **17b** | |
| | c | Depletion (other than oil and gas) | **17c** | |
| | d | Oil, gas, and geothermal properties - gross income | **17d** | |
| | e | Oil, gas, and geothermal properties - deductions | **17e** | |
| | f | Other AMT items (attach statement)          SEE STATEMENT 5 | **17f** | 1,120. |
| **Other Information** | 18a | Tax-exempt interest income | **18a** | |
| | b | Other tax-exempt income | **18b** | |
| | c | Nondeductible expenses          SEE STATEMENT 6 | **18c** | 600. |
| | 19a | Distributions of cash and marketable securities | **19a** | 50,820. |
| | b | Distributions of other property | **19b** | |
| | 20a | Investment income | **20a** | |
| | b | Investment expenses | **20b** | |
| | c | Other items and amounts (attach statement) STMT 7 | | |
| | 21 | Total foreign taxes paid or accrued | **21** | |

411042 12-06-24                                                         Form **1065** (2024)

Case 25-20342  Doc # SEALED  Filed 06/04/25  Page 37 of 86

## Analysis of Net Income (Loss) per Return

| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | | | **1** | **-156,068.** |
|---|---|---|---|---|---|---|---|

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | -123,354. | | | | |
| **b** Limited partners | | | | -32,714. | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 78,045. | | 6,214. |
| 2a Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| 3 Inventories | | 13,614. | | 13,422. |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | 2,673. | | |
| **b** Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 61,148. | | 61,148. | |
| **b** Less accumulated depreciation | 49,297. | 11,851. | 54,037. | 7,111. |
| 10a Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | 2,223,275. | | 2,223,275. | |
| **b** Less accumulated amortization | 486,685. | 1,736,590. | 636,434. | 1,586,841. |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 1,842,773. | | 1,613,588. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 8 | 148,169. | | 173,221. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 1,687,785. | | 1,657,150. |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | 6,819. | | -216,783. |
| 22 Total liabilities and capital | | 1,842,773. | | 1,613,588. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 Net income (loss) per books | -172,782. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ | |
| 3 Guaranteed payments (other than health insurance) | 16,114. | 7 Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | **a** Depreciation $ | |
| **a** Depreciation $ | | 8 Add lines 6 and 7 | |
| **b** Travel and entertainment $ 600. | 600. | 9 Income (loss) (Analysis of Net Income (*Loss*), *per Return,* line 1). Subtract line 8 from line 5 | -156,068. |
| 5 Add lines 1 through 4 | -156,068. | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 Balance at beginning of year | 6,819. | 6 Distributions: **a** Cash | 50,820. |
|---|---|---|---|
| 2 Capital contributed: **a** Cash | | **b** Property | |
| **b** Property | | 7 Other decreases (itemize): STMT 10 | 16,714. |
| 3 Net income (loss) (see instructions) | -156,068. | 8 Add lines 6 and 7 | 67,534. |
| 4 Other increases (itemize): | | 9 Balance at end of year. Subtract line 8 from line 5 | -216,783. |
| 5 Add lines 1 through 4 | -149,249. | | |

CLIENT COPY

# Cost of Goods Sold

Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

| Name | | | Employer Identification number |
|---|---|---|---|
| CATHOLIC FAITH STORE, LLC | | | **-***8716 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 13,614. |
| 2 | Purchases | 2 | 427,163. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) SEE STATEMENT 11 | 5 | 23,698. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 464,475. |
| 7 | Inventory at end of year | 7 | 13,422. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | 8 | 451,053. |

**9 a** Check all methods used for valuing closing inventory. See instructions.

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (specify method used and attach explanation) _____

For certain small business taxpayers, alternative methods of accounting for inventories:

    (iv) ☐ Non-incidental materials and supplies method

    (v) ☐ AFS method

    (vi) ☐ Non-AFS method

  **b** Check if there was a writedown of subnormal goods ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

  **d** (i) If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO **9d(i)** _____

    (ii) If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve **9d(ii)** _____

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2024)

LHA 424441 12-19-24

# Depreciation and Amortization

## (Including Information on Listed Property)   OTHER   1

**Attach to your tax return.**

**Go to www.irs.gov/Form4562 for instructions and the latest information.**

OMB No. 1545-0172

**2024**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| CATHOLIC FAITH STORE, LLC | | **\*\*-\*\*\*8716** |

| **Part I** | **Election To Expense Certain Property Under Section 179 Note:** If you have any listed property, complete Part V before you complete Part I. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **1** | Maximum amount (see instructions) | **1** | |
| **2** | Total cost of section 179 property placed in service (see instructions) | **2** | |
| **3** | Threshold cost of section 179 property before reduction in limitation | **3** | |
| **4** | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| **5** | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| **6** | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **7** | Listed property. Enter the amount from line 29 | **7** | |
| **8** | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| **9** | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| **10** | Carryover of disallowed deduction from line 13 of your 2023 Form 4562 | **10** | |
| **11** | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| **12** | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| **13** | Carryover of disallowed deduction to 2025. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| **Part II** | **Special Depreciation Allowance and Other Depreciation (Don't** include listed property.**)** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **14** | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| **15** | Property subject to section 168(f)(1) election | **15** | |
| **16** | Other depreciation (including ACRS) | **16** | |

| **Part III** | **MACRS Depreciation (Don't** include listed property. See instructions.**)** |
|---|---|

### Section A

| | | | |
|---|---|---|---|
| **17** | MACRS deductions for assets placed in service in tax years beginning before 2024 | **17** | |
| **18** | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

### Section B - Assets Placed in Service During 2024 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2024 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

| **Part IV** | **Summary** (See instructions.) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **21** | Listed property. Enter amount from line 28 | **21** | 4,740. |
| **22** | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 4,740. |
| **23** | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

Case Case 23-20340c# Doc#SEALED Filed 03/04/2524 Page Page 40 of 86

**Part V**  Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? [X] Yes   [ ] No   **24b** If "Yes," is the evidence written? [X] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| HONDA ODYSSEY | 010121 | 100.00 % | 41,148. | 41,148. | 5.00 | 200DB-HY | 4,740. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 4,740. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2024 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2024 tax year | | | STMT 12 | 43 | 149,749. |
| **44 Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 149,749. |

416252 12-20-24

# 2024 DEPRECIATION AND AMORTIZATION REPORT

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EQUIPMENT PURCHASED | 09/18/20 | 200DB | 7.00 | HY | 17 | 20,000. | | 20,000. | | | | | 0. | |
| 2 | GOODWILL | 09/18/20 | | 180M | | 43 | 1,863,963. | | | | 1,863,963. | 403,858. | | 124,264. | 528,122. |
| 3 | LOAN FEE | 09/18/20 | | 120M | | 43 | 45,900. | | | | 45,900. | 14,918. | | 4,590. | 19,508. |
| 4 | NON COMPETE | 09/18/20 | | 180M | | 43 | 100,000. | | | | 100,000. | 21,668. | | 6,667. | 28,335. |
| 5 | START UP COSTS | 09/18/20 | | 180M | | 43 | 213,413. | | | | 213,413. | 46,241. | | 14,228. | 60,469. |
| 6 | HONDA ODYSSEY | 01/01/21 | 200DB | 5.00 | HY | 21 | 41,148. | | | | 41,148. | 29,297. | | 4,740. | 34,037. |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | | 2,284,424. | | 20,000. | | 2,264,424. | 515,982. | | 154,489. | 670,471. |

428111 04-01-24

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

CLIENT COPY

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| CATHOLIC FAITH STORE, LLC | | | **-***8716 |

| | | | Amount | | |
|---|---|---|---|---|---|
| **1 a** Ordinary income (loss) (Schedule K, line 1) | 1a | -171,406. | | | |
| **b** Net income (loss) from **CERTAIN** rental real estate activities | 1b | | | | |
| **c** Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | | | |
| **d** Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | | | |
| **e** Other additions | 1e | | | | |
| **f** Combine lines 1a through 1e | 1f | -171,406. | | | |
| **2 a** Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | | | |
| **b** Other subtractions | 2b | | | | |
| **c** Add lines 2a and 2b | 2c | | | | |
| **3 a** Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | -171,406. | | | |
| **b** Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | -32,567. | | | |
| **c** Subtract line 3b from line 3a | | | 3c | -138,839. | |
| **4 a** Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | 4a | 16,114. | | | |
| **b** Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | | | |
| **c** Subtract line 4b from line 4a | | | 4c | 16,114. | |
| **5** Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | 5 | -122,725. | |

412161
04-01-24

CLIENT COPY

# Worksheet for Adjusted Current Earnings Adjustments

| Name of partnership | Employer identification number |
|---|---|
| CATHOLIC FAITH STORE, LLC | **-***8716 |

**1. Additions to AMTI:**

a. Depreciation recomputed for AMT purposes .......................................................... 5,860.

b. Tax-exempt interest income ..........................................................................

c. Amortization of IRC 173 ............................................................................

d. Depletion for post-1989 properties ...............................................................

e. Intangible drilling costs deducted from AMTI ....................................................

f. Total additions to AMTI ............................................................................ 5,860.

**2. Deductions:**

a. Depreciation recomputed for ACE purposes .......................................................... 4,740.

b. Depletion recomputed for ACE purposes ............................................................

c. ACE intangible drilling costs .....................................................................

d. Total deductions .................................................................................. 4,740.

**3. Other adjustments:**

a. Basis adjustments from sales or exchanges ........................................................

b. Other adjustments ................................................................................

c. Total other adjustments ..........................................................................

**4. Total adjustments to AMTI for ACE calculation.** Combine lines 1f, 2d and 3c .................... 1,120.

412181 04-01-24

| FORM 1065 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CREDIT REWARDS | 4,735. |
| TOTAL TO FORM 1065, LINE 7 | 4,735. |

| FORM 1065 | TAX EXPENSE | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER TAXES | 176. |
| PAYROLL TAXES | 4,957. |
| TOTAL TO FORM 1065, LINE 14 | 5,133. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 25,285. |
| AMORTIZATION EXPENSE | 149,749. |
| AUTO | 1,241. |
| BANK FEES | 4,759. |
| DUES AND SUBSCRIPTIONS | 2,658. |
| INSURANCE | 10,175. |
| MEALS | 600. |
| OFFICE SUPPLIES | 15,150. |
| PROFESSIONAL FEES | 29,951. |
| TRAVEL | 7,210. |
| UTILITIES | 7,873. |
| TOTAL TO FORM 1065, LINE 21 | 254,651. |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | | STATEMENT 4 |
|---|---|---|---|

| DESCRIPTION | TYPE | AMOUNT |
|---|---|---|
| CHARITABLE CONTRIBUTIONS | CASH (60%) | 776. |
| TOTALS TO SCHEDULE K, LINE 13A | | 776. |

| SCHEDULE K | OTHER ADJUSTMENTS AND TAX PREFERENCE ITEMS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTED CURRENT EARNINGS FROM THE PARTNERSHIP | 1,120. |
| TOTAL TO SCHEDULE K, LINE 17F | 1,120. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 600. |
| TOTAL TO SCHEDULE K, LINE 18C | 600. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 273,332. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 444,738. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -171,406. |
| SECTION 199A W-2 WAGES | 54,166. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 61,148. |
| BUSINESS INTEREST EXPENSE | 106,819. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CREDIT CARDS | 148,169. | 173,221. |
| TOTAL TO SCHEDULE L, LINE 17 | 148,169. | 173,221. |

CLIENT COPY

| FORM 1065 | | PARTNERS' CAPITAL ACCOUNT SUMMARY | | | STATEMENT 9 |
|---|---|---|---|---|---|
| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
| 1 | -75,442. | | -69,976. | 25,160. | -170,578. |
| 2 | -75,445. | | -69,978. | 25,160. | -170,583. |
| 3 | 157,706. | | -32,828. | 500. | 124,378. |
| TOTAL | 6,819. | | -172,782. | 50,820. | -216,783. |

CLIENT COPY

CATHOLIC FAITH STORE, LLC                                                    **-***8716

| SCHEDULE M-2 | OTHER DECREASES | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| GUARANTEED PAYMENTS | 16,114. |
| NONDEDUCTIBLE EXPENSES | 600. |
| TOTAL TO SCHEDULE M-2, LINE 7 | 16,714. |

| FORM 1125-A | OTHER COSTS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MERCHANT FEES | 3,344. |
| SHIPPING | 20,354. |
| TOTAL TO LINE 5 | 23,698. |

| FORM 4562 | PART VI - AMORTIZATION | STATEMENT 12 |
|---|---|---|

| (A) DESCRIPTION OF COSTS | (B) DATE BEGAN | (C) AMORT. AMOUNT | (D) CODE SECT. | (E) LIFE/ RATE | (F) ACCUM. AMORT. | (G) AMORT. THIS YR. |
|---|---|---|---|---|---|---|
| GOODWILL | 09/18/20 | 1,863,963. | | 180M | 403,858. | 124,264. |
| LOAN FEE | 09/18/20 | 45,900. | | 120M | 14,918. | 4,590. |
| NON COMPETE | 09/18/20 | 100,000. | | 180M | 21,668. | 6,667. |
| START UP COSTS | 09/18/20 | 213,413. | | 180M | 46,241. | 14,228. |
| TOTAL TO FORM 4562, LINE 43 | | | | | | 149,749. |

CLIENT COPY

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | HONDA ODYSSEY | 010121 | 200DB | 5.00 | 41,148. | 19,362. | 41,148. | 4,740. | 4,740. | 4,740. |
| | TOTALS | | | | 41,148. | 19,362. | 41,148. | 4,740. | 4,740. | 4,740. |

428107
04-01-24

CLIENT COPY

| Schedule K-1 (Form 1065) | **2024** | | | | | | |
|---|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
**\*\*–\*\*\*8716**

**B** Partnership's name, address, city, state, and ZIP code

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA, KS  66219

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
**\*\*\*–\*\*–7540**

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

RICHARD M KING
8344 ALDEN STREET
LENEXA, KS  66216

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 40.5000000% | 40.5000000% |
| Loss | 40.5000000% | 40.5000000% |
| Capital | 40.5000000% | 40.5000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse .......... $ | 743,561. | $ |
| Qualified nonrecourse financing .......... $ |  | $ |
| Recourse .......... $ | 743,561. | $ 741,300. |

**K2** Check this box if Item K-1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

| L | Partner's Capital Account Analysis |
|---|---|

| Beginning capital account .......... $ | -75,442. |
|---|---|
| Capital contributed during the year .......... $ |  |
| Current year net income (loss) .......... $ | -69,976. |
| Other increase (decrease) (attach explanation) ... $ |  |
| Withdrawals and distributions .......... $( | 25,160.) |
| Ending capital account .......... $ | -170,578. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......... $ _____
Ending .......... $ _____

| 1 | Ordinary business income (loss) | -69,419. |
|---|---|---|
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | 16,114. |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | 16,114. |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| A | | 314 |

| 14 | Self-employment earnings (loss) | |
|---|---|---|
| A | | -53,305. |
| C | | 110,699. |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ... ☐ | |
| 17 | Alternative min tax (AMT) items | |
| A | | -454. |
| 18 | Tax-exempt income and nondeductible expenses | |
| C* | | 243. |
| 19 | Distributions | |
| A | | 25,160. |
| 20 | Other information | |
| N | * | 43,262. |
| Z | * | STMT |
| AJ | * | STMT |
| 21 | Foreign taxes paid or accrued | |

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

CLIENT COPY

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.    411261 12-08-24    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2024**

Case Case 23-2034c# Doc#SEALED Filed 03/04/2524 Page Page 86 of 86

1

CATHOLIC FAITH STORE, LLC                                                    **-***8716

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C
_____

DESCRIPTION                        PARTNER FILING INSTRUCTIONS            AMOUNT
_____                        _____            _____

EXCLUDED MEALS AND                 NONDEDUCTIBLE PORTION
ENTERTAINMENT EXPENSES                                                       243.
                                                                            _____
TOTAL TO SCHEDULE K-1, BOX 18, CODE C                                        243.
                                                                            ======


SCHEDULE K-1          BUSINESS INTEREST EXPENSE, BOX 20, CODE N
_____

DESCRIPTION                        PARTNER FILING INSTRUCTIONS            AMOUNT
_____                        _____            _____

BUSINESS INTEREST EXPENSE          SEE PARTNERS INSTRUCTIONS
(INCLUDED IN ORDINARY BUSINESS
INCOME (LOSS))                                                            43,262.
                                                                         _____
TOTAL TO SCHEDULE K-1, BOX 20, CODE N                                    43,262.
                                                                         =========


SCHEDULE K-1          EXCESS BUSINESS LOSS LIMITATION
                      BOX 20, CODE AJ
_____

DESCRIPTION                        PARTNER FILING INSTRUCTIONS            AMOUNT
_____                        _____            _____

AGGREGATE BUSINESS ACTIVITY        SEE IRS SCH. K-1 INSTRUCTIONS
GROSS INCOME OR GAIN                                                     110,699.
AGGREGATE BUSINESS ACTIVITY        SEE IRS SCH. K-1 INSTRUCTIONS
DEDUCTION                                                               180,119.


SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z
_____

DESCRIPTION                                                              AMOUNT
_____                                                              _____

TRADE OR BUSINESS -

   ORDINARY INCOME (LOSS)                                               -69,419.
   SELF-EMPLOYMENT EARNINGS(LOSS)                                       -53,305.
   W-2 WAGES                                                             21,937.
   UNADJUSTED BASIS OF ASSETS                                           24,765.


                                                                PARTNER NUMBER 1

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | | |
|---|---|---|---|
| DESCRIPTION | | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | | -69,419. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | | -69,419. |
| CHARITABLE CONTRIBUTIONS | | -314. | |
| NONDEDUCTIBLE EXPENSES | | -243. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | | -557. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | | -69,976. |

SCHEDULE K-1          SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

651123

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2024**
For calendar year 2024, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) | |
| -69,420. | A | -69,420. |
| 2 Net rental real estate income (loss) | C | 110,700. |
| | 15 Credits | |
| 3 Other net rental income (loss) | | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ☐ | |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items | |
| | A | -453. |
| 4c Total guaranteed payments | | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses | |
| 6a Ordinary dividends | C* | 243. |
| 6b Qualified dividends | 19 Distributions | |
| 6c Dividend equivalents | A | 25,160. |
| 7 Royalties | 20 Other information | |
| | N  * | 43,262. |
| 8 Net short-term capital gain (loss) | Z  * | STMT |
| | AJ  * | STMT |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | | |
| 10 Net section 1231 gain (loss) | | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | |
| A  315 | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
**-***8716

**B** Partnership's name, address, city, state, and ZIP code

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA, KS 66219

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-7244

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CAROLINE KING
8344 ALDEN STREET
LENEXA, KS 66216

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 40.5000000% | 40.5000000% |
| Loss | 40.5000000% | 40.5000000% |
| Capital | 40.5000000% | 40.5000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 743,562. | $ |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 743,562. | $ 741,301. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account $ | -75,445. |
| Capital contributed during the year $ | |
| Current year net income (loss) $ | -69,978. |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals and distributions $( | 25,160.) |
| Ending capital account $ | -170,583. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   411231 12-03-24   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2024

Case Case23-20342 Doc# Doc# SEAL Filed 03/04/25 Page Page 86 of 86

2

CATHOLIC FAITH STORE, LLC                                              **-***8716

==============================================================================

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

------------------------------------------------------------------------------

DESCRIPTION                      PARTNER FILING INSTRUCTIONS           AMOUNT
                                 ------------------------------
EXCLUDED MEALS AND               NONDEDUCTIBLE PORTION
ENTERTAINMENT EXPENSES                                                   243.

TOTAL TO SCHEDULE K-1, BOX 18, CODE C                                    243.


==============================================================================

SCHEDULE K-1          BUSINESS INTEREST EXPENSE, BOX 20, CODE N

------------------------------------------------------------------------------

DESCRIPTION                      PARTNER FILING INSTRUCTIONS           AMOUNT
                                 ------------------------------
BUSINESS INTEREST EXPENSE        SEE PARTNERS INSTRUCTIONS
(INCLUDED IN ORDINARY BUSINESS
INCOME (LOSS))                                                        43,262.

TOTAL TO SCHEDULE K-1, BOX 20, CODE N                                 43,262.


==============================================================================

SCHEDULE K-1          EXCESS BUSINESS LOSS LIMITATION
                      BOX 20, CODE AJ

------------------------------------------------------------------------------

DESCRIPTION                      PARTNER FILING INSTRUCTIONS           AMOUNT
                                 ------------------------------
AGGREGATE BUSINESS ACTIVITY      SEE IRS SCH. K-1 INSTRUCTIONS
GROSS INCOME OR GAIN                                                 110,700.
AGGREGATE BUSINESS ACTIVITY      SEE IRS SCH. K-1 INSTRUCTIONS
DEDUCTION                                                           180,119.


==============================================================================

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

------------------------------------------------------------------------------

DESCRIPTION                                                           AMOUNT
-----------------------------------

TRADE OR BUSINESS -

    ORDINARY INCOME (LOSS)                                          -69,420.
    SELF-EMPLOYMENT EARNINGS(LOSS)                                  -69,420.
    W-2 WAGES                                                        21,937.
    UNADJUSTED BASIS OF ASSETS                                       24,765.

CLIENT COPY

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | |
| --- | --- | --- |
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | -69,420. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -69,420. |
| CHARITABLE CONTRIBUTIONS | -315. | |
| NONDEDUCTIBLE EXPENSES | -243. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -558. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -69,978. |

SCHEDULE K-1          SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

CLIENT COPY

PARTNER NUMBER 2

651123

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

### 2024
For calendar year 2024, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| | |
|---|---|
| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

**Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) **-32,567.** | 14 Self-employment earnings (loss) A **0.** |
| 2 Net rental real estate income (loss) | 15 Credits |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ............ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items A **-213.** |
| 4c Total guaranteed payments | F* **212.** |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 6a Ordinary dividends | C* **114.** |
| 6b Qualified dividends | |
| 6c Dividend equivalents | 19 Distributions A **500.** |
| 7 Royalties | 20 Other information N * **20,296.** |
| 8 Net short-term capital gain (loss) | Z * **STMT** AJ * **STMT** |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions A **147** | |

## Part I Information About the Partnership

**A** Partnership's employer identification number
**\*\*-\*\*\*8716**

**B** Partnership's name, address, city, state, and ZIP code

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA, KS  66219

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
**\*\*-\*\*\*8074**

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SISPE CFS INVESTOR LLC
3401 COLLEGE BLVD, STE 210
OVERLAND PARK, KS  66211

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 19.0000000 % | 19.0000000 % |
| Loss | 19.0000000 % | 19.0000000 % |
| Capital | 19.0000000 % | 19.0000000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ......... $ | 348,831. | $ |
| Qualified nonrecourse financing ......... $ | | $ |
| Recourse ......... $ | 348,831. | $ 347,770. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships ..............

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account ..................... $ | 157,706. |
| Capital contributed during the year ............... $ | |
| Current year net income (loss) ................. $ | -32,828. |
| Other increase (decrease) (attach explanation) .. $ | |
| Withdrawals and distributions ............... $( | 500.) |
| Ending capital account ..................... $ | 124,378. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ..................... $ _____
Ending ..................... $ _____

| | |
|---|---|
| 22 ☐ More than one activity for at-risk purposes* | |
| 23 ☐ More than one activity for passive activity purposes* | |
| *See attached statement for additional information. | |

For IRS Use Only

3

CATHOLIC FAITH STORE, LLC                                          **-***8716

═══════════════════════════════════════════════════════════════════════════

SCHEDULE K-1              OTHER ALTERNATIVE MINIMUM TAX (AMT)
                          ITEMS, BOX 17, CODE F

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                       PARTNER FILING INSTRUCTIONS        AMOUNT
──────────                        ───────────────────────────
ADJUSTED CURRENT EARNINGS         SEE FORM 4626 ACE WORKSHEET
                                  INSTRUCTIONS                          212.
                                                                   ──────────
TOTAL TO SCHEDULE K-1, BOX 17, CODE F                                   212.
                                                                   ══════════

═══════════════════════════════════════════════════════════════════════════

SCHEDULE K-1              NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                       PARTNER FILING INSTRUCTIONS        AMOUNT
──────────                        ───────────────────────────
EXCLUDED MEALS AND                NONDEDUCTIBLE PORTION
ENTERTAINMENT EXPENSES                                                  114.
                                                                   ──────────
TOTAL TO SCHEDULE K-1, BOX 18, CODE C                                   114.
                                                                   ══════════

═══════════════════════════════════════════════════════════════════════════

SCHEDULE K-1              BUSINESS INTEREST EXPENSE, BOX 20, CODE N

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                       PARTNER FILING INSTRUCTIONS        AMOUNT
──────────                        ───────────────────────────
BUSINESS INTEREST EXPENSE         SEE PARTNERS INSTRUCTIONS
(INCLUDED IN ORDINARY BUSINESS
INCOME (LOSS))                                                       20,296.
                                                                   ──────────
TOTAL TO SCHEDULE K-1, BOX 20, CODE N                                20,296.
                                                                   ══════════

═══════════════════════════════════════════════════════════════════════════

SCHEDULE K-1              EXCESS BUSINESS LOSS LIMITATION
                          BOX 20, CODE AJ

───────────────────────────────────────────────────────────────────────────

DESCRIPTION                       PARTNER FILING INSTRUCTIONS        AMOUNT
──────────                        ───────────────────────────
AGGREGATE BUSINESS ACTIVITY       SEE IRS SCH. K-1 INSTRUCTIONS
GROSS INCOME OR GAIN                                                 51,933.
AGGREGATE BUSINESS ACTIVITY       SEE IRS SCH. K-1 INSTRUCTIONS
DEDUCTION                                                           84,500.

CLIENT COPY

SCHEDULE K-1        SECTION 199A INFORMATION, BOX 20, CODE Z

DESCRIPTION                                                                      AMOUNT

TRADE OR BUSINESS -

   ORDINARY INCOME (LOSS)                                                     -32,567.
   W-2 WAGES                                                                    10,291.
   UNADJUSTED BASIS OF ASSETS                                                   11,618.


SCHEDULE K-1        SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.


SCHEDULE K-1              CURRENT YEAR NET INCOME (LOSS) AND
                           OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
| --- | --- | --- |
| ORDINARY INCOME (LOSS) | -32,567. | |
|    SCHEDULE K-1 INCOME SUBTOTAL | | -32,567. |
| CHARITABLE CONTRIBUTIONS | -147. | |
| NONDEDUCTIBLE EXPENSES | -114. | |
|    SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -261. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -32,828. |

CLIENT COPY

CATHOLIC FAITH STORE, LLC                                    **-***8716

SCHEDULE K-1            SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.



## Worksheet for Adjusted Current Earnings Adjustments

| Name of partnership | | Employer identification number |
|---|---|---|

| | | |
|---|---:|---:|
| **1.** Additions to AMTI: | | |
| **a.** Depreciation recomputed for AMT purposes | 1,113. | |
| **b.** Tax-exempt interest income | | |
| **c.** Amortization of IRC 173 | | |
| **d.** Depletion for post-1989 properties | | |
| **e.** Intangible drilling costs deducted from AMTI | | |
| **f.** Total additions to AMTI | | 1,113. |
| **2.** Deductions: | | |
| **a.** Depreciation recomputed for ACE purposes | 901. | |
| **b.** Depletion recomputed for ACE purposes | | |
| **c.** ACE intangible drilling costs | | |
| **d.** Total deductions | | 901. |
| **3.** Other adjustments: | | |
| **a.** Basis adjustments from sales or exchanges | | |
| **b.** Other adjustments | | |
| **c.** Total other adjustments | | |
| **4.** Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c | | 212. |

412181 04-01-24

# K-120S 2024

**(Rev. 10-24)**

## PARTNERSHIP OR S CORPORATION INCOME TAX RETURN

037

Page 1 of 6

K-120S
Page 1
154024

For the taxable year beginning **01012024** ending **12312024**

Filing an AMENDED return?        EIN **\* \* \* \* \* \* \* \* \***

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA                           KS 66219

C. Business Activity Code:

**459990**

G. State of Commercial Domicile: **KS**

H. Enter number of shareholders / partners included in Part II: **3**

A. This return is being filed for    **X**    1. Partnership        2. S Corporation

D. Date Business Began in KS:

**09182020**

I. Tax credit schedules are enclosed?

B. Method Used to Determine Income of Corporation in Kansas

J. Enter the original federal due date if other than 15th day of the 3rd month after the end of the tax year:

**X**    1. Activity wholly within Kansas or single entity apportionment method

E. Date Business Discontinued in KS:

2. Combined income method (Enclose Sch K-121S)

K. Name or address has changed?

3. Common carrier mileage (Enclose mileage apportionment schedule)

F. State and Date of Incorporation:

L. Are you filing Form K-40C?

4. Alternative or separate accounting (See instructions under "Definitions" and enclose letter of authorization & schedule)

**KS 092020**

M. Have you submitted Form K-120EL?

5. Qualified elective two-factor (Part III) Year qualified:

N. Are you electing to be subject to tax at the entity level?

O. Mark this box if electing to be taxed at the entity level and wishing to tax 100% of the income for Kansas residents

| | | | |
|---|---|---|---|
| 1. Ordinary income from federal Sch. K | **-171406.00** | 15. Disallowed business meal expenses (I.R.C. § 274) (Sch. Req.) | |
| 2a. Total of all other income from federal Sch. K | **16114.00** | 16. Other subtractions from federal income (Sch. Req.) | |
| 2b. Total of allowable deductions from federal Sch. K | **147.00** | 17. Total subtractions from federal income (Add lines 10 - 16) | |
| 3. Total federal income (Add line 1 to line 2a and subtract line 2b) | **-155439.00** | 18. Net income before apportionment (Add line 3 to line 9 and subtract line 17) | **-155439.00** |
| 4. Total state and municipal interest (Sch. Req.) | | 19. Nonbusiness income - Total Company (Sch. Req.) | |
| 5. Taxes on or measured by income or fees or payments in lieu of income taxes (Sch. Req.) | | 20. Apportionable business income (Subtract line 19 from line 18) | **-155439.00** |
| 6. 250 deduction related to Global Intangible Low-Taxed Income (GILTI) (I.R.C. § 250(a)(1)(B)) (Sch. Req.) | | 21. Average percent to Kansas (Part IV, lines A, B, C, & E: if 100% enter 100.0000) | **100.0000** |
| 7. Business interest expense carryforward deduction (I.R.C. § 163(j)) (Sch. Req.) | | A.          C.  B. | |
| 8. Other additions to federal income (Sch. Req.) | | 22. Amount to Kansas (Multiply line 20 by line 21) | **-155439.00** |
| 9. Total additions to federal income (Add lines 4-8) | | 23. Nonbusiness income - Kansas (Sch. Req.) | |
| 10. Interest on U.S. government obligations (Sch. Req.) | | 24. Kansas Expensing Recapture (See instr. for K-120EX and enclose applicable schs) | |
| 11. I.R.C. § Sec. 78 and 80% of foreign dividends (Sch. Req.) | | 25. Kansas Expensing Deduction (See instr. for K-120EX and enclose applicable schs) | |
| 12. Global Intangible Low-Taxed Income (GILTI) (I.R.C. § 951A) (Sch. Req.) | | 26. Total Kansas income (Add lines 22, 23 24 and subtract line 25) | **-155439.00** |
| 13. Disallowed business interest deduction (I.R.C. § 163(j)) (Sch. Req.) | | 27. Kansas income not taxed as part of the election (schedule required) | **-155439.00** |
| 14. Contributions to capital exceptions (I.R.C. § 118) (Sch. Req.) | | 28. Kansas taxable income for electing pass-through entity (subtract line 27 from line 26). | |

CLIENT COPY

452331 10-15-24

# K-120S 2024
(Rev. 10-24)
Page 2 of 6

**PARTNERSHIP OR
S CORPORATION INCOME TAX RETURN**

037

K-120S
Page 2
154424

CATHOLIC FAITH STORE, LLC

EIN  *********

29. Kansas taxable income for electing partners (Enter the amount from line 28 or if filing combined return, enter line 28 from the K-121S)

30. Remaining Kansas resident income taxed at 100% (schedule required)

31. Total taxable income for electing partners (add lines 29 and 30)

32. Electing pass-through entity income tax due (5.58% of line 31) (enter here and on Part III, box 7)

33. Estimated tax paid and amount credited forward (Sep. Sch.)

34. Other tax payments (Sep. Sch.)

35. Amount paid with Kansas extension.

36. Payment remitted with original return. (See instructions.)

37. Overpayment from original return. (This figure is a subtraction; see instr.)

38. Total prepaid credits. (Add lines 33 - 36 and subtract line 37.)

39. Balance Due. (If line 32 exceeds line 38, subtract line 38 from line 32 and enter result.)

40. Interest.

41. Penalty.

42. Estimated tax penalty.

If annualizing to compute penalty, check this field

43. Total tax, interest, and penalty due (Add lines 39 - 42). Complete K-120V and enclose it with your payment.

44. Overpayment. (If line 32 is less than line 38, subtract line 32 from line 38 and enter the result.)

45. Refund. Enter the amount of line 44 you wish to be refunded.

46. Credit Forward. Enter the amount of line 44 (original return only) you wish it to be applied to 2025 estimated tax. (line 46 cannot exceed the total of lines 33, 34, and 35)

X  I authorize the Director of Taxation or the Director's designee to discuss my K-120S and any enclosures with my preparer.
I declare under the penalties of perjury that to the best of my knowledge and belief this is a true, correct, and complete return.

Officer Signature (Required) _____  Title **MEMBER**  Date _____

Preparer Signature (Required) _____  Preparer Phone Number **9139069898**  Preparer PTIN, EIN or SSN (Required) *********

Enclose a copy of pages 1 through 4 (page 4 if Partnership) of your federal return, Schedule M-1, Schedule M-2, and any federal schedules that support Kansas modifications. Also include an organizational chart showing all partnerships/S Corps and taxable entities. If additional information is needed, we will request it at a later date.

S-CORPORATION
PO BOX 750260
TOPEKA KS 66699-0260
452332 10-15-24

For Office Use Only



**K-120S**
(Rev. 10-24)

Page 3 of 6

037

K-120S
Page 3
Attach
154524

## PART I

## ADDITIONAL INFORMATION

1. Did the corporation file a Kansas Income Tax return under the same name for the preceding

   year? $\underline{X}$ Yes _____ No   If "no", enter previous name and EIN. _____

   _____

2. Enter the address of the corporation's principal location in Kansas.

   15621 W 87TH STREET PKWY, SUITE 276

   LENEXA                           KS 66219

3. The corporation's books are in care of:

   Name _____

   Address _____

   _____

   Telephone _____

4. Has your corporation been involved in any reorganization during the period covered by this

   return? $\underline{X}$ No _____ Yes   If "yes", enclose a detailed explanation.

5. If your federal taxable income has been redetermined for any prior years that have not
   previously been reported to Kansas, check the applicable box(es) below and state the
   calendar, fiscal, or short period year ending date. You are required to submit, under
   separate cover, the federal Forms 1139, 1120X, or Revenue Agent's Report along with
   the Kansas amended return.

   ☐ Revenue Agent's Report            ☐ Net Operating Loss

   ☐ Amended Return            Years ended _____

## PART II - PARTNER'S OR SHAREHOLDER'S DISTRIBUTION OF INCOME

This schedule is to be completed for all partners or shareholders. If there are more than 12 partners or shareholders, you must complete a schedule similar to the schedule below and submit it with your return. Individual partners or shareholders complete columns 1 through 8. All other partners and shareholders complete columns 1 through 5.

| (1) Name and address of partner or shareholder | R = Kansas resident individual<br>N = Nonresident individual<br>I = Trust taxed as an individual<br>T = Trust not taxed as an individual<br>C = Corporation<br>P = Partnership or other flow-through entity<br>S = S-Corporation<br><br>Type of Partner or Shareholder | (2) Social Security Number or Employer Identification Number (EIN) | (3) Partner's or shareholder's percent of ownership | (4) Partner's profit percent or shareholder's applicable percentage |
|---|---|---|---|---|
| (a) RICHARD M KING, 8344 | ☐ | | | |
| (b) ALDEN STREET, LENEXA, KS | ☐ | | | |
| (c) 66216 | R | ********* | 40.500000 | 40.500000 |
| (d) CAROLINE KING, 8344 | ☐ | | | |
| (e) ALDEN STREET, LENEXA, KS | ☐ | | | |
| (f) 66216 | R | ********* | 40.500000 | 40.500000 |
| (g) SISPE CFS INVESTOR LLC, | ☐ | | | |
| (h) 3401 COLLEGE BLVD, STE | ☐ | | | |
| (i) 210, OVERLAND PARK, KS | ☐ | | | |
| (j) 66211 | P | ********* | 19.000000 | 19.000000 |
| (k) | ☐ | | | |
| (l) | ☐ | | | |

452333 10-15-24

PART II (continued) See instructions for Nonresident Partner's or Shareholder's Computation of Columns 6, 7 and 8.

K-120S
Page 4
Attach
155124

| (5) Income from Kansas sources.<br>**Kansas resident individuals:** Multiply column 4 by line 18.<br>**Nonresident individuals**: If income is earned only from Kansas sources multiply column 4 by line 18. If earned inside and outside Kansas, multiply column 4 by the sum of lines 22 and 23. **All other partners or shareholders:** Multiply column 4 by the sum of lines 22 and 23. | (6) Partner's or shareholder's portion of federal ordinary and other income (losses) and deductions<br>Multiply the percentage in column 4 by line 3, page 1 | (7) Partner's or shareholder's portion of total Kansas income<br>Multiply the percentage in column 4 by line 18, page 1 | (8) Partner's or shareholder's modification<br>See instructions. Enter result in Part A of Schedule S, Form K-40 |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c)                    −53305.00 |                −53305.00 |               −53305.00 |                 0.00 |
| (d) | | | |
| (e) | | | |
| (f)                    −69420.00 |                −69420.00 |               −69420.00 |                 0.00 |
| (g) | | | |
| (h) | | | |
| (i) | | | |
| (j)                    −32714.00 |                −32714.00 |               −32714.00 |                 0.00 |
| (k) | | | |
| (l) | | | |

**PART III - PARTNER'S OR SHAREHOLDERS DISTRIBUTION OF INCOME**   (Electing to pay tax using the K-120S.)

This schedule is to be completed for individuals or fiduciary partners or shareholders that elected to pay tax on the Kansas Partnership or S Corporation Income form (K-120S) If there are more than 12 partners, you must complete a schedule similar to the schedule below and submit it with your return.

| (1) Name and address of partner or shareholder | R = Kansas resident individual<br>N = Nonresident individual<br>I = Trust taxed as an individual<br>T = Trust not taxed as an individual<br>C = Corporation<br>P = Partnership or other flow-through entity<br>S = S-Corporation<br>Type of Partner or Shareholder | (2) Social Security Number or Employer Identification Number (EIN) | (3) Partner's percent of Income and credits | (4) Kansas Taxable Income | (5) Total Tax @ 5.58% |
|---|---|---|---|---|---|
| (a) | | | | | |
| (b) | | | | | |
| (c) | | | | | |
| (d) | | | | | |
| (e) | | | | | |
| (f) | | | | | |
| (g) | | | | | |
| (h) | | | | | |
| (i) | | | | | |
| (j) | | | | | |
| (k) | | | | | |
| (l) | | | | | |

**TOTALS FOR PART III INCLUDING ADDITIONAL SCHEDULES**

| (6) Kansas Taxable Income | (7) Total Tax @ 5.58% |
|---|---|
| | |

452334 10-15-24

| KANSAS SCHEDULE K-1 EQUIVALENT | **Partner's Kansas Information**<br>For Calendar Year 2024 or Fiscal Year<br>Beginning _____ , 2024; and Ending _____ , _____ . | **2024** |
|---|---|---|

Partner's Name, Address and ZIP Code

RICHARD M KING
8344 ALDEN STREET
LENEXA, KS   66216

Partner Number _____ 1

Partner's Identifying Number
***-**-7540

| Shareholder Code | I | Nonresident | ☐ |
| Amended Schedule K-1 | ☐ | Final Schedule K-1 | ☐ |

Partnership's Name, Address and ZIP Code

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA, KS   66219

Partnership's Identifying Number
**-***8716

Partner's allocation percentage          40.5000000 %

Apportionment percentage          _____ %

| I. Modifications to Compute Kansas Adjusted Gross Income | Partnership Total | Partner's Share | Apportioned Amount |
|---|---|---|---|
| 1. Total state and municipal interest | | | |
| 2. Taxes on or measured by income or fees or payments in lieu of income taxes | | | |
| 3. Business interest expense carryforward deduction (I.R.C. § 163(j))(Sch Req) | | | |
| 4. Other additions to federal taxable income | | | |
| 5. Interest on obligations of the United States | | | |
| 6. Global Intangible Low-Taxed Income (GILTI) (I.R.C. § 951A) (Sch Req) | | | |
| 7. Disallowed business interest deduction (I.R.C. § 163(j)) (Sch Req) | | | |
| 8. Contributions to capital exceptions (I.R.C. § 118) (Sch Req) | | | |
| 9. Disallowed business meal expenses (I.R.C. § 274) (schedule required) | | | |
| 10. Other subtractions from income | | | |
| 11. Partnership adjustment from other partnerships | | | |
| 12. Fiduciary adjustments | | | |
| 13. Net modifications | | | |

| II. Pass-through Entity | Partnership Total | Partner's Share |
|---|---|---|
| 1. Kansas taxable income | | |

452431 04-01-24

CLIENT COPY

| III. Credits | Partnership Total | Partner's Share |
|---|---|---|
| Nonrefundable: | | |
| 1. Apprenticeship | | |
| 2. Affordable housing | | |
| 3. Aviation/aerospace | | |
| 4. Housing investor | | |
| 5. Attracting powerful economic expansion | | |
| 6. Short line railroad | | |
| 7. Center for entrepreneurship | | |
| 8. Business and job development | | |
| 9. Historic preservation | | |
| 10. Disabled access | | |
| 11. Eisenhower Foundation contribution | | |
| 12. Purchases from qualified vendor | | |
| 13. Friends of Cedar Crest Association contribution | | |
| 14. Technology enabled fiduciary financial institutions | | |
| 15. Research and development | | |
| 16. Venture capital | | |
| 17. Seed capital | | |
| 18a. High Performance Incentive Program training and education | | |
| 18b. High Performance Incentive Program investment | | |
| 19. Community service contribution | | |
| 20. Targeted employment | | |
| 21. Low income student scholarship | | |
| 22. Petroleum refinery | | |
| 23. Single city port authority | | |
| 24. Qualifying pipeline | | |
| 25. BioMass-to-Energy | | |
| 26. Storage and blending equipment | | |
| 27. Electric cogeneration facility | | |
| 28. Community college and technical college contribution | | |
| 29. Commercial restoration and preservation | | |
| 30. Farm net operating loss | | |
| | | |
| Refundable: | | |
| 32. Attracting powerful economic expansion | | |
| 33. Child day care assistance | | |
| 34. Community service contribution | | |
| 35. Individual development account | | |
| 36. Farm net operating loss | | |
| | | |
| Other: | | |
| Other credits | | |

KANSAS SOURCE INCOME                    -53,305.

THERE ARE NO MODIFICATIONS OR CREDITS FOR THIS PARTNER

CLIENT COPY

# Partner's Kansas Information
### For Calendar Year 2024 or Fiscal Year
Beginning _____ , 2024; and Ending _____ , _____ .

**2024**

| Partner's Name, Address and ZIP Code | Partner Number | 2 |
|---|---|---|

CAROLINE KING
8344 ALDEN STREET
LENEXA, KS   66216

Partner's Identifying Number
\*\*\*-\*\*-7244

| Shareholder Code | I | Nonresident | |
|---|---|---|---|
| Amended Schedule K-1 | | Final Schedule K-1 | |

Partnership's Name, Address and ZIP Code

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA, KS   66219

Partnership's Identifying Number
\*\*-\*\*\*8716

Partner's allocation percentage   40.5000000 %

Apportionment percentage   _____ %

| I. Modifications to Compute Kansas Adjusted Gross Income | Partnership Total | Partner's Share | Apportioned Amount |
|---|---|---|---|
| 1. Total state and municipal interest | | | |
| 2. Taxes on or measured by income or fees or payments in lieu of income taxes | | | |
| 3. Business interest expense carryforward deduction (I.R.C. § 163(j))(Sch Req) | | | |
| 4. Other additions to federal taxable income | | | |
| 5. Interest on obligations of the United States | | | |
| 6. Global Intangible Low-Taxed Income (GILTI) (I.R.C. § 951A) (Sch Req) | | | |
| 7. Disallowed business interest deduction (I.R.C. § 163(j)) (Sch Req) | | | |
| 8. Contributions to capital exceptions (I.R.C. § 118) (Sch Req) | | | |
| 9. Disallowed business meal expenses (I.R.C. § 274) (schedule required) | | | |
| 10. Other subtractions from income | | | |
| 11. Partnership adjustment from other partnerships | | | |
| 12. Fiduciary adjustments | | | |
| 13. Net modifications | | | |

| II. Pass-through Entity | Partnership Total | Partner's Share |
|---|---|---|
| 1. Kansas taxable income | | |

CLIENT COPY

452431 04-01-24

| III. Credits | Partnership Total | Partner's Share |
|---|---|---|
| **Nonrefundable:** | | |
| 1. Apprenticeship | | |
| 2. Affordable housing | | |
| 3. Aviation/aerospace | | |
| 4. Housing investor | | |
| 5. Attracting powerful economic expansion | | |
| 6. Short line railroad | | |
| 7. Center for entrepreneurship | | |
| 8. Business and job development | | |
| 9. Historic preservation | | |
| 10. Disabled access | | |
| 11. Eisenhower Foundation contribution | | |
| 12. Purchases from qualified vendor | | |
| 13. Friends of Cedar Crest Association contribution | | |
| 14. Technology enabled fiduciary financial institutions | | |
| 15. Research and development | | |
| 16. Venture capital | | |
| 17. Seed capital | | |
| 18a. High Performance Incentive Program training and education | | |
| 18b. High Performance Incentive Program investment | | |
| 19. Community service contribution | | |
| 20. Targeted employment | | |
| 21. Low income student scholarship | | |
| 22. Petroleum refinery | | |
| 23. Single city port authority | | |
| 24. Qualifying pipeline | | |
| 25. BioMass-to-Energy | | |
| 26. Storage and blending equipment | | |
| 27. Electric cogeneration facility | | |
| 28. Community college and technical college contribution | | |
| 29. Commercial restoration and preservation | | |
| 30. Farm net operating loss | | |
| **Refundable:** | | |
| 32. Attracting powerful economic expansion | | |
| 33. Child day care assistance | | |
| 34. Community service contribution | | |
| 35. Individual development account | | |
| 36. Farm net operating loss | | |
| **Other:** | | |
| Other credits | | |

KANSAS SOURCE INCOME                                        -69,420.

THERE ARE NO MODIFICATIONS OR CREDITS FOR THIS PARTNER

452432 04-01-24

CLIENT COPY

| KANSAS SCHEDULE K-1 EQUIVALENT | Partner's Kansas Information<br>For Calendar Year 2024 or Fiscal Year<br>Beginning _____ , 2024; and Ending _____ , _____ . | 2024 |
|---|---|---|

Partner's Name, Address and ZIP Code

SISPE CFS INVESTOR LLC
3401 COLLEGE BLVD, STE 210
OVERLAND PARK, KS 66211

Partner Number **3**

Partner's Identifying Number
**\*\*-\*\*\*8074**

Shareholder Code **L**   Nonresident ☐
Amended Schedule K-1 ☐   Final Schedule K-1 ☐

Partnership's Name, Address and ZIP Code

CATHOLIC FAITH STORE, LLC
15621 W 87TH STREET PKWY, SUITE 276
LENEXA, KS 66219

Partnership's Identifying Number
**\*\*-\*\*\*8716**

Partner's allocation percentage **19.0000000** %

Apportionment percentage **100.0000** %

| I. Modifications to Compute Kansas Adjusted Gross Income | Partnership Total | Partner's Share | Apportioned Amount |
|---|---|---|---|
| 1. Total state and municipal interest | | | |
| 2. Taxes on or measured by income or fees or payments in lieu of income taxes | | | |
| 3. Business interest expense carryforward deduction (I.R.C. § 163(j))(Sch Req) | | | |
| 4. Other additions to federal taxable income | | | |
| 5. Interest on obligations of the United States | | | |
| 6. Global Intangible Low-Taxed Income (GILTI) (I.R.C. § 951A) (Sch Req) | | | |
| 7. Disallowed business interest deduction (I.R.C. § 163(j)) (Sch Req) | | | |
| 8. Contributions to capital exceptions (I.R.C. § 118) (Sch Req) | | | |
| 9. Disallowed business meal expenses (I.R.C. § 274) (schedule required) | | | |
| 10. Other subtractions from income | | | |
| 11. Partnership adjustment from other partnerships | | | |
| 12. Fiduciary adjustments | | | |
| 13. Net modifications | | | |

| II. Pass-through Entity | Partnership Total | Partner's Share |
|---|---|---|
| 1. Kansas taxable income | | |

452431 04-01-24

| III. Credits | Partnership Total | Partner's Share |
|---|---|---|
| **Nonrefundable:** | | |
| 1. Apprenticeship | | |
| 2. Affordable housing | | |
| 3. Aviation/aerospace | | |
| 4. Housing investor | | |
| 5. Attracting powerful economic expansion | | |
| 6. Short line railroad | | |
| 7. Center for entrepreneurship | | |
| 8. Business and job development | | |
| 9. Historic preservation | | |
| 10. Disabled access | | |
| 11. Eisenhower Foundation contribution | | |
| 12. Purchases from qualified vendor | | |
| 13. Friends of Cedar Crest Association contribution | | |
| 14. Technology enabled fiduciary financial institutions | | |
| 15. Research and development | | |
| 16. Venture capital | | |
| 17. Seed capital | | |
| 18a. High Performance Incentive Program training and education | | |
| 18b. High Performance Incentive Program investment | | |
| 19. Community service contribution | | |
| 20. Targeted employment | | |
| 21. Low income student scholarship | | |
| 22. Petroleum refinery | | |
| 23. Single city port authority | | |
| 24. Qualifying pipeline | | |
| 25. BioMass-to-Energy | | |
| 26. Storage and blending equipment | | |
| 27. Electric cogeneration facility | | |
| 28. Community college and technical college contribution | | |
| 29. Commercial restoration and preservation | | |
| 30. Farm net operating loss | | |
| | | |
| **Refundable:** | | |
| 32. Attracting powerful economic expansion | | |
| 33. Child day care assistance | | |
| 34. Community service contribution | | |
| 35. Individual development account | | |
| 36. Farm net operating loss | | |
| | | |
| **Other:** | | |
| Other credits | | |

```
              KANSAS SOURCE INCOME                    -32,714.

         THERE ARE NO MODIFICATIONS OR CREDITS FOR THIS PARTNER
```

**Fill in this information to identify the case:**

Debtor name    Catholic Faith Store, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

Part 1:    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $84,000.00 |
   | For prior year:<br>From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $719,650.00 |
   | For year before that:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $1,081,682.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 1

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |
|--------|---------------------------|--------------------------|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Unbound | Monthly Contributions of $60.00 | Various | $1,440.00 |
| | Recipients relationship to debtor | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA<br>7225 Renner Rd Ste 200<br>Shawnee, KS 66217-3043 | Attorney Fees & Filing Fee | 12/04/2024 - $10,000.00<br>12/14/2024 - $1,738.00 | $11,738.00 |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

| Debtor | Catholic Faith Store, LLC | Case number (if known) | |
|---|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Name, Address, Email, Order History, Etc.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | Catholic Faith Store, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Meredith Dickinson, CPA<br>Retirement Planning Group<br>4811 West 136th Street<br>Overland Park, KS 66224 | 09-2020 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Meredith Dickinson, CPA<br>Retirement Planning Group<br>4811 West 136th Street<br>Overland Park, KS 66224 | 09-2020 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Meredith Dickinson, CPA<br>Retirement Planning Group<br>4811 West 136th Street<br>Overland Park, KS 66224 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Caroline King | Various | |

| Name and address of the person who has possession of inventory records |
|---|
| Caroline King<br>8344 Alden Street<br>Lenexa, KS 66215-4212 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SISPE CFS Investor, LLC | % DVS Group, LLC<br>6320 Lamar Avenue<br>Suite 110<br>Mission, KS 66202 | Member | 19% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Caroline King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Member | 40.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard King | 8344 Alden Street<br>Lenexa, KS 66215-4212 | Managing Member | 40.5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Caroline King<br>8344 Alden Street<br>Lenexa, KS 66215-4212 | | 2025 - $1,700<br>2024 Wages - $27,083.00<br>2024 Distribution - $25,160.00<br>2024 Insurance Benefit - $8,057.00 | Salary |
| | **Relationship to debtor**<br>Member | | | |
| 30.2. | Richard King<br>8344 Alden Street<br>Lenexa, KS 66215-4212 | | 2025 - $1,700<br>2024 Wages - $27,083.00<br>2024 Distribution - $25,160.00<br>2024 Insurance Benefit - $8,057.00 | Salary |
| | **Relationship to debtor**<br>Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

�■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

�■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | Catholic Faith Store, LLC | Case number *(if known)* | |
|---|---|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 19, 2025

/s/ Richard King                                                           Richard King
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Partner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Kansas

In re    Catholic Faith Store, LLC                             Case No. _____

                                     Debtor(s)             Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | Hourly |

2.     $ _1,738.00_ of the filing fee has been paid.

3.     The source of the compensation paid to me was:

        ☑ Debtor      ☐ Other (specify):

4.     The source of compensation to be paid to me is:

        ☑ Debtor      ☐ Other (specify):

5.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  [Other provisions as needed]

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____ | /s/ Colin N. Gotham |
| *Date* | Colin Gotham KS#19538; MO#52343 |
| | *Signature of Attorney* |
| | Evans & Mullinix, P.A. |
| | 7225 Renner Road, Suite 200 |
| | Shawnee, KS 66217 |
| | (913) 962-8700   Fax: (913) 962-8701 |
| | cgotham@emlawkc.com |
| | *Name of law firm* |

Amazon Capital Services, Inc.
410 Terry Avenue North
Seattle, WA 98109


American Express Company
200 Vesey Street
New York, NY 10285-3106


AMEX Blue
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070


AMEX Delta
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070


AMEX King Chiro
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070


Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


Bank of America
PO Box 25118
Tampa, FL 33622-5118


Bank of America, NA
100 North Tyron Street
Charlotte, NC 28202


Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285


Caroline King
8344 Alden Street
Lenexa, KS 66215-4212

Chase - Marriott
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240


Chase - Southwest
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240


Chase Bank
ATTN: Bankruptcy Mail Intake
700 Kansas Lane, Floor 1
Monroe, LA 71203


Heartland Stores, Inc.
101 Rosyn Hills Drive
Holly Springs, NC 27450


John Robert Shipley
21000 WEst 105th Street
Olathe, KS 66061


Lowe Holdings, Inc.
dba Strategic Advantage
120 Farrington Drive, Apt 1
Raleigh, NC 27615


MAG Growth, LLC
% Atradius Collections
3500 Lacy Road
Suite 250
Downers Grove, IL 60515


PayPal Capital
2211 North 1st Street
San Jose, CA 95131


Portfolio Recovery Assoc LLC
Bankruptcy Notices
PO Box 41067
Norfolk, VA 23541-1067


Quickbooks Capital
2700 Coast Avenue
Mountain View, CA 94043

Richard King
8344 Alden Street
Lenexa, KS 66215-4212


Taisti Consulting
1790 Helenee Drive
Brookfield, WI 53045


Umpqua Bank
445 SE Main Street
Roseburg, OR 97470


Umpqua Bank
7777 Alvarado Road
Suite 501
La Mesa, CA 91942


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City, KS 66101


US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68127


US Small Business Administration
District Counsel
220 W Douglas Avenue
Suite 450
Wichita, KS 67202

# United States Bankruptcy Court
## District of Kansas

In re  Catholic Faith Store, LLC                                      Case No.
                              Debtor(s)                                Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  March 19, 2025                    /s/ Richard King
                                         Richard King/Managing Partner
                                         Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    Catholic Faith Store, LLC                  Case No. _____
                            Debtor(s)         Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Caroline King<br>8344 Alden Street<br>Lenexa, KS 66215-4212 | | 40.5% | Member |
| Richard King<br>8344 Alden Street<br>Lenexa, KS 66215-4212 | | 40.5% | Managing Member |
| SISPE CFS Investor, LLC<br>% John Robert Shipley<br>3401 College Blvd, Suite 210<br>Leawood, KS 66211 | | 19% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    March 19, 2025                   Signature    /s/ Richard King
                                                     Richard King

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   Catholic Faith Store, LLC

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Catholic Faith Store, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 19, 2025

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant
Counsel for   Catholic Faith Store, LLC

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com