| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Catholic Faith Store, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | 25-20342-DLS-11 |

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**     **Current value of debtor's interest**

2. **Cash on hand**                                                                                                                $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Bank of America | Checking | 0197 | $6,481.01 |
   | 3.2. | Bank of America | Checking | 8854 | $84.19 |
   | 3.3. | Bank of America | Savings | 0207 | $59.28 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                               $6,624.48
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor __Catholic Faith Store, LLC__  Case number *(If known)* __25-20342-DLS-11__
      Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 1,926.26 | −    0.00    = .... | $1,926.26 |
| | face amount | doubtful or uncollectible accounts | |

**12.**    **Total of Part 3.**      $1,926.26

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Inventory | | $0.00 | Liquidation | $10,000.00 |
| 22. | **Other inventory or supplies** 300 Shipping Boxes, Packing Tape, Tape Gun, Pens, Markers, Scissors, Stickers, Needle nose Pliers, Plastic Inventory Bags, Shipping Labels, & Mailing Labels | | $0.00 | Liquidation | $50.00 |

**23.**    **Total of Part 5.**      $10,050.00

Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

| Debtor | Catholic Faith Store, LLC | Case number *(If known)* 25-20342-DLS-11 |
|---|---|---|
| | Name | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** L-shaped Desk, 4 Wood Folding Tables, Small Desk, 3 Office Chairs, 2 Wood file Cabinets, 2 Shipping Table, Dress Rack, 2 Rolling Cart, 5 Shelves, 2 White Folding Tables, & White Plastic Shelf | $0.00 | Liquidation | $145.00 |
| 40. | **Office fixtures** Jewelry Cabinets & Hanging Hooks | $0.00 | Liquidation | $50.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 2016 Dell Computer, 2020 Dell Computer, 2018 Dell Computer, Laser Printer - 2016, Dell Monitor, Voip Phone | $0.00 | Liquidation | $230.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** $425.00
   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 3

| | Debtor | Catholic Faith Store, LLC | Case number *(If known)* 25-20342-DLS-11 |
|---|---|---|---|
| | | Name | |

■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. 2020 Honda Odyssey<br>Vehicle is Titled in the Names or Richard &<br>Caroline King | $0.00 | Liquidation | $10,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Shredder, Steamer, Circle Light, Shipping Scale,<br>Dymo Printer, Stamps Scale, P touch printer | $0.00 | Liquidation | $45.00 |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $10,045.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Heartland Store Mark (used for Brand Registered<br>Amazon Store) | $0.00 | | $0.00 |

61. **Internet domain names and websites**

| Debtor | Catholic Faith Store, LLC | Case number (If known) | 25-20342-DLS-11 |
|---|---|---|---|
| | Name | | |

|  |  |  |
|---|---|---|
| CatholicFaithStore.com<br>CatholicFaithJewelry.com<br>CatholicFaithStatues.com<br>Heartland-Store.com<br>RegisterMyJewelry.com<br>usa-made-jewelry.com<br>usa-made-store.com | $0.00 | $0.00 |

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>List of Customers, includes addresses, phone numbers, and email addresses | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>Goodwill | $0.00 | N/A | $0.00 |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
|  | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ■ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No. Go to Part 12.
  ☐ Yes Fill in the information below.

Debtor: Catholic Faith Store, LLC  
Case number (If known): 25-20342-DLS-11

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $6,624.48 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $1,926.26 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $10,050.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $425.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $10,045.00 | |
| 88. **Real property.** Copy line 56, Part 9………………………………………………….> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,070.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $29,070.74 |

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 6

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Catholic Faith Store, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | 25-20342-DLS-11 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*   A/B
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/9/2025          X  *Richard King*
                                  Signature of individual signing on behalf of debtor

                                  Richard King
                                  Printed name

                                  Managing Partner
                                  Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors